UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21192-CIV-LENARD/WHITE

**TAQUILLA JACKSON**,

        Movant,

vs.

**UNITED STATES OF AMERICA**,

        Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 4) AND DENYING MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255 (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 4), issued on May 7, 2010. In his Report, Magistrate Judge White recommends that Petitioner's motion to vacate sentence pursuant to 28 U.S.C. § 2255 be denied. Specifically, the Report finds that there is no merit to Petitioner's claims that (1) the movant is entitled to no relief because she has already received a reduction to her sentencing base offense level and (2) movant failed to challenge this constitutional issue on direct appeal and has shown no cause for the default nor actual prejudice from her failure to appeal. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 4), issued on May 7, 2010, is **ADOPTED.**

2. Plaintiff's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (D.E. 1) is **DENIED**.

3. This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of June, 2010.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**